

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00353-CV

Philly Seafood Company, Garcia Quality Seafood, Inc., Garcia Enterprises, Inc., and
Quality Seafood
v.
Modesto Sanchez-Muniz

On Appeal from the
130th District Court of Matagorda County, Texas
Trial Court Cause No. 23-F-0159

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

May 22, 2025